1062

[Nos. 45614-1-II; 46836-1-II. Division Two. July 21, 2015.]

THE STATE OF WASHINGTON, *Appellant*, v. ANSEL W. HOFSTETTER, *Respondent*.

*In the Matter of the Personal Restraint of* ANSEL W. HOFSTETTER, *Petitioner*.

Judgment *reversed* and *remanded with instructions* and petition *denied* by unpublished opinion per Maxa, J., concurred in by Lee and Sutton, JJ.

[No. 45728-8-II. Division Two. July 21, 2015.]

CH$_2$O, INC., *Appellant*, v. MERAS ENGINEERING, INC., *Respondent*.

*Affirmed* by unpublished opinion per Sutton, J., concurred in by Johanson, C.J., and Bjorgen, J.

[No. 45933-7-II. Division Two. July 21, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNNIE MURREL COOLEY, *Appellant*.

*Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Sutton, J.; Bjorgen, J., concurring separately.